1235-15

# ELECTRONIC RECORD

COA # 14-14-00152-CR

OFFENSE: Aggravated Sexual Assault

STYLE: David Dean Harris v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: 180th District Court

DATE: August 20, 2015    Publish: Yes

TC CASE #:1340544

## IN THE COURT OF CRIMINAL APPEALS

STYLE: David Dean Harris v The State of Texas

CCA # _____

___APPELLANT'S___   Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

___REFUSED___

DATE: __11/18/2015__

JUDGE: _____

CCA Disposition: __1235-15__

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

------------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

## ELECTRONIC RECORD